

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-13-00144-CR

Gerardo Gabriel, **DE LA FUENTE**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011CRN000962 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court